## Commonwealth *v.* Woods, Appellant.

Submitted December 7, 1970.
*Stanton A. Berkowitz,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.